No. 3:24CV-577-BJB

LLC Consulting
Lesley Vowels
1153 Ellerholt Court
Louisville, Kentucky 40211
502-435-0934
Lesleyvowels@gmail.com

FILED
JAMES J. VILT JR,
CLERK
10/4/2024
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

*Due to my disabilities my communication is through email and text verification for identity purposes. As it is documented kidney disability, anxiety, PTSD, 3 TBI's and multiple traumas that cause communications disabilities with random loss of access to the prefrontal cortex of the brain where behavior and thought process order to communicate effectively resides.

The Electronic Communications Act Section 255 requires telecommunications products and services to be accessible to people with disabilities. This is required to the extent access is "readily achievable," meaning easily accomplishable, without much difficulty or expense. It is Disability Discrimination according to Title 42, Chapter 126, Subchapter II, Part A and The Americans with Disabilities Act to refuse. As the ADA uses both the Fourteenth Amendment and the Commerce Clause of the Constitution as its constitutional basis.

Due to US Mail Fraud C#2183551 my US Mailing Address for my business and my residence at 1153 Ellerholt Court Louisville, Kentucky 40211 has been fraudulently changed during court proceedings and currently being investigated by the US Post Master for US Mail Fraud C#2183551 my communications will be electronic at lesleyvowels@gmail.com with 2 factor authorization texts to my phone for identity verifications due to my disabilities and open investigation of U.S. Mail Fraud C#2183551

Date:
V. 10/05/2024

Progressive Homesite Insurance
Homesite Insurance
One Federal Street
Boston MA 02110
customerservice@homesite.com
1-866-621-4823

**UNITED STATES Court of Appeals Sixth Circuit**
**24-54-95** Lesley Vowels V. THE STATE OF KENTUCKY

I, Lesley Vowels, am a resident of Louisville, Kentucky, and I held a Renters Insurance policy with Progressive Corporation, administered by Homesite Insurance Company, during all relevant times.

Defendants, Progressive Corporation and Homesite Insurance Company, are insurance providers operating in Kentucky and are subject to this Court's jurisdiction.

**III. FACTUAL ALLEGATIONS**

I obtained a Renters Insurance policy from Progressive through Homesite Insurance to cover my residence at 1153 Ellerholt Court, Louisville, KY 40211.

The policy provided $26,000 in coverage, which included $10,000 for the loss of the use of my home and $20,000 for the loss of my personal property.

On January 5, 2024, my residence was unlawfully entered, resulting in the loss of the use of my home and personal belongings. This criminal incident is still pending in the United States Court of Appeals for the Sixth Circuit, Case No. 24-54-95.

I promptly filed a claim with Progressive and Homesite under Claim No. 01007094474 for my losses, expecting coverage as per the terms of my policy.

9. On January 10, 2024, Dallin Slade, a representative of Homesite Insurance, and THE STATE OF KENTUCKY Case No 24-54-95 in US Court of Appeals Sixth Circuit denied my claim, stating that the loss was a result of a legal eviction, despite the fact that the entry was criminal and unrelated to an eviction. (See attached Exhibit A: Email correspondence from Dallin Slade).

10. Progressive and Homesite have refused to process or pay my claim for $26,000, which has caused me significant financial distress, in violation of their obligations under the insurance policy.

**IV. CLAIM FOR RELIEF: INSURANCE FRAUD**

Under 18 U.S.C. § 1341 (Fraud and Swindles) and 18 U.S.C. § 1033 (Crimes by or Affecting Persons Engaged in the Business of Insurance), Progressive and Homesite knowingly and intentionally engaged in fraudulent actions by refusing to honor their contractual obligations and wrongfully denying my claim.

Defendants misrepresented the nature of my loss as a "legal eviction" to avoid paying under my policy, even though the incident is a pending criminal matter and remains unresolved in the U.S. Court of Appeals for the Sixth Circuit.

The actions of Progressive and Homesite constitute willful insurance fraud, and they have deliberately attempted to deprive me of compensation I am owed.

**V. DAMAGES**

As a direct result of Progressive and Homesite's actions, I have suffered the following damages:

  a. The loss of use of my residence and business, which is valued at $10,000 in the claim;
  b. The loss of personal property and contents in my home, valued at $20,000 in the claim;
  c. Financial hardship, including the cost of alternative living arrangements of 1200-1800 a month since January 05,2024 , loss of business use, and emotional distress.

I AM  entitled to recover the full $26,000 under my insurance policy, along with any additional compensatory and punitive damages due to Progressive and Homesite's bad faith and fraudulent behavior.

**VI. PRAYER FOR RELIEF**
I request the following relief:

A. A judgment against Progressive Corporation and Homesite Insurance Company in the amount of $26,000 for breach of contract and insurance fraud;
B. Punitive damages to deter Progressive and Homesite from engaging in similar fraudulent practices in the future;
C. All Hotel Fees reimbursed since January 05,2024 of approximately 15,000-18,000 in Hotel Fees
D.  Pain and Suffering
Thank you,

LLC Consulting
Lesley Vowels
1153 Ellerholt Court
Louisville, Kentucky 40211
502-435-0934
Lesleyvowels@gmail.com